RECEIVED

MAR 1 3 2015

~~ MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KANDANCE A. WELLS                    CIVIL ACTION NO. 14-cv-2637

VERSUS                               JUDGE STAGG

RADIO GROUP                          MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge

previously filed herein, and having thoroughly reviewed the record, no written objections

having been filed, and concurring with the findings of the Magistrate Judge under the

applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed with prejudice** as frivolous

under 28 U.S.C. § 1915(e).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____13th_____ day

of _____March_____, 2015.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE